```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 20040
   SUZAN R SWEIS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6195

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 05/24/2004 and was confirmed 10/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/25/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
WASHINGTON MUTUAL         CURRENT MORTG         .00            .00            .00
BANCO POPULAR             UNSECURED        104360.20           .00       10436.02
ROUNDUP FUNDING LLC       UNSECURED          8781.30           .00         878.13
CAPITAL ONE FSB           UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         11094.03           .00        1109.40
PORTFOLIO RECOVERY ASSOC  UNSECURED          6157.96           .00         615.80
DISCOVER FINANCIAL SERVI  UNSECURED          7553.95           .00         755.40
TINLEY CORNERS LLC        UNSECURED        NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        NOT FILED           .00            .00
FIRST UNITED BANK         SECURED           20000.00           .00       20000.00
WASHINGTON MUTUAL         COST OF COLLE       650.00           .00         650.00
THOMAS M BRITT            DEBTOR ATTY       1,300.00                     1,300.00
TOM VAUGHN                TRUSTEE                                        2,247.30
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             37,992.05

PRIORITY                                         .00
SECURED                                    20,650.00
UNSECURED                                  13,794.75
ADMINISTRATIVE                              1,300.00
TRUSTEE COMPENSATION                        2,247.30
DEBTOR REFUND                                    .00
                    ---------------     ---------------
TOTALS              37,992.05              37,992.05



              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 20040 SUZAN R SWEIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                               /s/ Tom Vaughn

Dated: 12/22/08                 _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE